Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd. Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
TERESA DOLORES ROMERO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| TERESA DOLORES ROMERO,<br><br>       Plaintiff,<br><br>       v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. SACV 8:23-cv-02130-SK<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized under 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

DATE: March 20, 2024

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE